STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
Telephone: (650) 637-9100

Attorney for Plaintiff
CITIZENS INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA TERRA GARDEN, INC., XIANMIN GUAN, LIMING ZHU, CHUNLI ZHAO, AND GEMINI INSURANCE COMPANY, and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 4:26-cv-00876-HSG <br><br> **NOTICE OF DISMISSAL** <br><br> **Fed. Rule Civ. Proc., Rule 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Citizens Insurance Company of America voluntarily dismisses defendants California Terra Garden, Inc., Xianmin Guan, Liming Zhu, Chunli Zhao, Gemini Insurance Company, and all DOE defendants, without prejudice, with each party to bear its own costs, attorney fees, liens and other repayment obligations.

//

//

//

Dated:  April 13, 2026                                    HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP


By _____ */s/ Cherie M. Sutherland*
                                              STEPHEN M. HAYES
                                              CHERIE M. SUTHERLAND
                                              Attorney for Plaintiff
                                              CITIZENS INSURANCE COMPANY OF
                                              AMERICA